# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2014

148892

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                      SC: 148892
                                      COA: 315149
                                      Grand Traverse CC:
                                      2007-010394-FC

JUSTIN STAIR,
          Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the November 14, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014 _____



                                          Clerk

p0721